JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

THERESA WARD,

     Plaintiff,

        v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

     Defendant.

No. 5:20-cv-01948-AFM

**[PROPOSED]**
**JUDGMENT OF REMAND**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED:   2/22/2022

HON. ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE